**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 1 MAL 2017

                Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

         v.   :

MICHAEL LANE,   :

                Petitioner   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.